

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00120-CV

**UNIVERSITY OF INCARNATE WORD AND CHRISTOPHER CARTER,**
Appellants

v.

Valerie **REDUS,** Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Before the Court is University of the Incarnate Word's (UIW) Motion to Enforce the Automatic Stay. On June 24, 2015, this Court conditionally granted UIW's Motion for Writ of Mandamus, providing the same relief requested in this instant motion.

In the Order on that date, this Court directed the trial court to vacate its order compelling discovery responses on or before July 9, 2015. This Court received notice the trial court complied with this Court's Order. For this reason, UIW's Motion to Enforce the Automatic Stay is dismissed as moot.

It is so **ORDERED** on July 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk of Court